# EXHIBIT A

# NATIONAL Liability & Fire
## a Berkshire Hathaway Insurance Company

November 24, 2020

### DECLARATION

I, Margaret Yoh, a representative of biBERK Direct Insurance Company, an affiliate of National Liability & Fire Insurance Company, a corporation organized and existing under the laws of the state of Nebraska, do hereby certify that the attached insurance policy was produced from records retained in our computer data files.  The amendments, endorsements, and policy contract are standard forms with information particular to this policy.   Attached is a complete copy of policy contract number N9WC095712 issued to Krucial Staffing LLC.

APPROVED
MYOH , 16:31:47, 24/11/2020

_____

(Name)

**Worker's Compensation and Employer's Liability Policy**
**National Liability & Fire Insurance Company - A Stock Co.**
**Policy Number N9WC095712**
**Renewal of NEW**
**NCCI No. [19054]**

**Policy Information Page**

---

**[1] Named Insured and Mailing Address**

Krucial Staffing, LLC
7240 W. 98th Terrace Bldg. 9
Overland Park, KS 66212

**Federal Employer's ID**   83-4373166         **Insured is**   Limited Liability Co. (LLC)

**Business Description**   Staffing Agency

**Locations on Policy**

(L2)   7404 Highway 90 East , San Antonio, TX 78227
(06/01/2019 - 06/01/2020)

---

**[2]   Policy Period**

From June 1, 2019 to June 1, 2020, 12:01 AM, standard time at the insured's mailing address.

---

**[3]   Coverage**

A. Workers' Compensation Insurance - **Part One** of this policy applies to the Workers' Compensation Law of the following states: Kansas, Texas

B. Employer's Liability Insurance - **Part Two** of this policy applies to work in each of the states listed in item [3]A.   The limits of our liability under Part Two are:

| | |
|---|---|
| Bodily Injury by Accident - each accident | $1,000,000 |
| Bodily Injury by Disease - each employee | $1,000,000 |
| Bodily Injury by Disease - policy limit | $1,000,000 |

C. Other States Insurance - Part Three of this policy applies to all states, except any state listed in item [3]A. and the states of North Dakota, Ohio, Washington, and Wyoming.

D. This policy includes these endorsements and schedules:
See Extension of Information Page - Schedule of Forms

---

**[4]   Premium**

The Premium Basis and, therefore, the premium will be determined by our Manual of Rules, Classifications, Rates, and Rating Plans.  All required information is subject to verification and change by audit.  (Continued on another page)

---

| | | |
|---|---|---|
| **Total Estimated Policy Premium** | $ | 84,174 |
| **Total Surcharges/Assessments** | $ | 0.00 |
| **Total Estimated Cost** | $ | 84,174.00 |

INTERNAL USE    B)
MGA      : N9WC095712
Date      : 06/03/2019

Page - 1 -

Information Page
WC 000001A

**Issuing Office: 100 First Stamford Place, P.O. Box 113247, Stamford, CT 06911-3247 • www.biBERK.com**

**Worker's Compensation and Employer's Liability Policy**
**National Liability & Fire Insurance Company - A Stock Co.**
**Policy Number N9WC095712**
**Renewal of NEW**
**NCCI No. [19054]**

Policy Information Page

# Extension of Information Page

**Schedule of Forms**
WC000000C - STANDARD POLICY
WC000001A - INFORMATION PAGE
WC000403 - EXPERIENCE RATING MODIFICATION FACTOR
WC000406 - PREMIUM DISCOUNT ENDORSEMENT
WC000414A - NOTIFICATION OF CHANGE IN OWNERSHIP ENDT
WC000419 - PREMIUM DUE DATE ENDORSEMENT
WC000421D - CATASTROPHE(OTHER THAN CERT ACTS OF TERR
WC000422B - TERR RISK INS PROG REAUTHORIZATION ACT
WC000424 - AUDIT NONCOMPLIANCE CHARGE ENDORSEMENT
WC000425 - EXP. RATING MODIF. FACTOR REVISION END'T
WC150401A - KS FINAL PREMIUM ENDORSEMENT
WC150404 - KS PENDING LOSS COST ENDORSEMENT
WC150601A - KS CANCELLATION AND NONRENEWAL END'T
WC420301I - TEXAS AMENDATORY ENDORSEMENT
WC420308 - TEXAS PARTNERS, OFFICERS AND OTHERS EXCL
WC420407 - TEXAS - AUDIT PREMIUM ENDORSEMENT
WC990000 - AUTHORIZATION AND ATTESTATION END'T

**Pursuant to Texas Labor Code §411.066, Berkshire Hathaway Insurers of biBERK is required to notify its policyholders that accident prevention services are available from Berkshire Hathaway Insurers of biBERK at no additional charge. These services may include surveys, recommendations, training programs, consultations, analyses of accident causes, industrial hygiene, and industrial health services.   Berkshire Hathaway Insurers of biBERK is also required to provide return-to-work coordination services as required by Texas Labor Code §413.021 and to notify you of the availability of the return-to-work reimbursement program for employers under Texas Labor Code §413.022. If you would like more information, contact Berkshire Hathaway Insurers of biBERK at 844-472-0967, extension    and LossControl@biberk.com for accident prevention services or 844-472-0967, extension    and LossControl@biberk.com for return-to-work coordination services.  For information about these requirements call the Texas Department of Insurance, Division of Workers' Compensation (TDI-DWC) at 1-800-687-7080 or for information about the return-to-work reimbursement program for employers call the TDI-DWC at (512) 804-5000. If Berkshire Hathaway Insurers of biBERK fails to respond to your request for accident prevention services or return-to-work coordination services, you may file a complaint with the TDI-DWC in writing at http://www.tdi.texas.gov or by mail to Texas Department of Insurance, Division of Workers' Compensation, MS-8, at 7551 Metro Center Drive, Austin, Texas 78744-1645.**

**We make a variety of loss control services available to you at no additional charge. Please contact us for details.**

**Worker's Compensation and Employer's Liability Policy**
**National Liability & Fire Insurance Company - A Stock Co.**
**Policy Number N9WC095712**
**Renewal of NEW**
**NCCI No. [19054]**

**Policy Information Page**

## [4]   Premium (cont.)

### Kansas

| Classification | Code | Premium Basis: Total Estimated Annual Remuneration | Rate per $100 Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| Effective: 06/01/2019-06/01/2020 | | | | |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | $600,000 | 0.12 | $720 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 1.1% | $8 |
| Schedule Modification | | | 10.0% | $73 |
| | | | | |
| Premium Discount | | | 8.115% | $-65 |
| Total Estimated Annual Premium for KS | | | | $736 |

### Texas

| Classification | Code | Premium Basis: Total Estimated Annual Remuneration | Rate per $100 Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| Effective: 06/01/2019-06/01/2020 | | | | |
| NURSING/CONVALESCENT HOME-ALL EMP | 8829 | IF ANY | 1.65 | $0 |
| DAY CARE CTR:ALL OTHER EMP & DRVR | 9101 | $4,000,000 | 2.02 | $80,800 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 1.4% | $1,131 |
| Schedule Modification | | | 10.0% | $8,193 |
| | | | | |
| Premium Discount | | | 8.978% | $-8,091 |
| Total Estimated Annual Premium for TX | | | | $82,033 |

## Policy Totals

| | |
|---|---|
| Total Estimated Standard Premium for Kansas | $736 |
| Total Estimated Standard Premium for Texas | $82,033 |
| Terrorism KS        9740      0.0075      $600,000 | $45 |
| Catastrophe        9741      0.02      $600,000 | $120 |
| Expense Constant | $280 |
| Terrorism TX        9740      0.024      $4,000,000 | $960 |
| Minimum Premium TX        $400 | |
| Total Estimated Annual Premium | $84,174 |
| Total Estimated Cost for N9WC095712 | $84,174 |

**Issuing Office: 100 First Stamford Place, P.O. Box 113247, Stamford, CT 06911-3247 ● www.biBERK.com**

**Worker's Compensation and Employer's Liability Policy**
**National Liability & Fire Insurance Company - A Stock Co.**
**Policy Number N9WC095712**
**Renewal of NEW**
**NCCI No. [19054]**

**Policy Information Page**

# Policy Payment Terms

Payment Option: Direct Bill

Payment is due in our office on the
dates shown below.

Installment Plan
(prepared 06/03/2019)

Down Payment received  - $0.00

| Installments* | Due Date |
|---|---|
| 12,626.10 | 05/31/2019 |
| 7,949.77 | 07/04/2019 |
| 7,949.77 | 08/01/2019 |
| 7,949.77 | 09/01/2019 |
| 7,949.77 | 10/03/2019 |
| 7,949.77 | 11/01/2019 |
| 7,949.77 | 12/04/2019 |
| 7,949.77 | 01/01/2020 |
| 7,949.77 | 02/01/2020 |
| 7,949.74 | 03/04/2020 |

*Includes surcharges and state fees, if any.
Installment fees (not included above) will also be
charged with each installment due, unless the
account is prepaid.

If a check is returned due to insufficient funds, a fee
of $20 will be assessed.

Payments received after the due date may be
subject to a $10 Late Fee.

**Issuing Office: 100 First Stamford Place, P.O. Box 113247, Stamford, CT 06911-3247 • www.biBERK.com**

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

WC 00 04 03

# EXPERIENCE RATING MODIFICATION FACTOR ENDORSEMENT

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy.)

This endorsement, effective on _____ at 12:01 A.M. standard time, forms a part of
(DATE)

Policy No.  N9WC095712                          Endorsement No. _____

of the                                         _____
                                               (NAME OF INSURANCE COMPANY)

issued to

Premium (if any) $                             _____
                                                    Authorized Representative

The premium for the policy will be adjusted by an experience rating modification factor. The factor was not available when the policy was issued. The factor, if any, shown on the Information Page is an estimate. We will issue an endorsement to show the proper factor, if different from the factor shown, when it is calculated.

Copyright, 1983, 1994 National Council on Compensation Insurance, Inc.

**WC 128**
**(4-84)**

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 00 04 06**

(Ed. 4-84)

### PREMIUM DISCOUNT ENDORSEMENT

The premium for this policy and the policies, if any, listed in Item 3 of the Schedule may be eligible for a discount. This endorsement shows your estimated discount in Items 1 or 2 of the Schedule. The final calculation of premium discount will be determined by our manuals and your premium basis as determined by audit. Premium subject to retrospective rating is not subject to premium discount.

Schedule

1. **State**                    **Estimated Eligible Premium**

| | First $5,000 | Next $95,000 | Next $400,000 | Balance |
|---|---|---|---|---|
| Kansas | 0 | 9.1 | 11.3 | 12.3 |
| Texas | 0 | 9.5 | 11.9 | 12.4 |

2. Average percentage discount: _____%

3. Other policies:

4. If there are no entries in Items 1, 2 and 3 of the Schedule, see the Premium Discount Endorsement attached to your policy number:

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                    Policy No.   N9WC095712          Endorsement No.
Insured                                                                   Premium

Insurance Company                        Countersigned by_____

**WC 00 04 06**
(Ed. 4-84)

© 1983 National Council on Compensation Insurance.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 00 04 14 A**

(Ed. 1-19)

### 90-DAY REPORTING REQUIREMENT - NOTIFICATION OF CHANGE IN OWNERSHIP ENDORSEMENT

You must report any change in ownership to us in writing within 90 days of the date of the change. Change in ownership includes sales, purchases, other transfers, mergers, consolidations, dissolutions, formations of a new entity, and other changes provided for in the applicable experience rating plan.   Experience rating is mandatory for all eligible insureds. The experience rating modification factor, if any, applicable to this policy, may change if there is a change in your ownership or in that of one or more of the entities eligible to be combined with you for experience rating purposes.

Failure to report any change in ownership, regardless of whether the change is reported within 90 days of such change, may result in revision of the experience rating modification factor used to determine your premium.

This reporting requirement applies regardless of whether an experience rating medication is currently applicable to this policy.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                               Policy No. N9WC095712        Endorsement No.
Insured                                                                                  Premium

Insurance Company                               Countersigned by _____

**WC 00 04 14 A**
(Ed. 1-19)

© 1990 National Council on Compensation Insurance.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 00 04 19

---

### PREMIUM DUE DATE ENDORSEMENT

This endorsement is used to amend:

Section D. of Part Five of the policy is replaced by this provision.

**PART FIVE**
**PREMIUM**

D. **Premium** is amended to read:

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid. **The due date for audit and retrospective premiums is the date of the billing.**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective
Insured                          Policy No.  N9WC095712          Endorsement No.
                                                                Premium $

Insurance Company          Countersigned by _____

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**    **WC 00 04 21 D**

(Ed. 1-15)

### CATASTROPHE (OTHER THAN CERTIFIED ACTS OF TERRORISM) PREMIUM ENDORSEMENT

This endorsement is notification that your insurance carrier is charging premium to cover the losses that may occur in the event of a Catastrophe (other than Certified Acts of Terrorism) as that term is defined below. Your policy provides coverage for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism). This premium charge does not provide funding for Certified Acts of Terrorism contemplated under the Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement (WC 00 04 22 B), attached to this policy.

For purposes of this endorsement, the following definitions apply:

- Catastrophe (other than Certified Acts of Terrorism): Any single event, resulting from an Earthquake, Noncertified Act of Terrorism, or Catastrophic Industrial Accident, which results in aggregate workers compensation losses in excess of $50 million.

- Earthquake: The shaking and vibration at the surface of the earth resulting from underground movement along a fault plane or from volcanic activity.

- Noncertified Act of Terrorism: An event that is not certified as an Act of Terrorism by the Secretary of Treasury pursuant to the Terrorism Risk Insurance Act of 2002 (as amended) but that meets all of the following criteria:

  a.   It is an act that is violent or dangerous to human life, property, or infrastructure;

  b.   The act results in damage within the United States, or outside of the United States in the case of the premises of United States missions or air carriers or vessels as those terms are defined in the Terrorism Risk Insurance Act of 2002 (as amended); and

  c.   It is an act that has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

- Catastrophic Industrial Accident: A chemical release, large explosion, or small blast that is localized in nature and affects workers in a small perimeter the size of a building.

The premium charge for the coverage your policy provides for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism) is shown in Item 4 of the Information Page or in the Schedule below.

### Schedule

| State | Rate | Premium |
|-------|------|---------|
| KS | 0.020 | 120.00 |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                         Policy No.  N9WC095712        Endorsement No.

Insured                                                                                     Premium:

Insurance Company                             Countersigned by _____

**WC 00 04 21 D**

(Ed. 1-15)

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.

## POLICYHOLDER DISCLOSURE
## NOTICE OF TERRORISM
## INSURANCE COVERAGE

Coverage for acts of terrorism is included in your policy. You are hereby notified that under the Terrorism Risk Insurance Act, as amended in 2015, the definition of act of terrorism has changed. As defined in Section 102(1) of the Act: The term "act of terrorism" means any act or acts that are certified by the Secretary of the Treasury—in consultation with the Secretary of Homeland Security, and the Attorney General of the United States – to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion. Under your coverage, any losses resulting from certified acts of terrorism may be partially reimbursed by the United States Government under a formula established by the Terrorism Risk Insurance Act, as amended. However, your policy may contain other exclusions with might affect your coverage, such as an exclusion for nuclear events. Under the formula, the United States Government generally reimburses 85% through 2015; 84% beginning on January 1, 2016; 83% beginning on January 1, 2017; 82% beginning on January 1, 2018; 81% beginning on January 1, 2019 and 80% beginning on January 1, 2020, of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

The portion of your annual premium that is attributable to coverage for acts of terrorism is _____1005.00_____, and does not include any charges for the portion of losses covered by the United States government under the Act.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

**WC 00 04 24**
**(Ed. 1-17)**

## AUDIT NONCOMPLIANCE CHARGE ENDORSEMENT

Part Five-Premium, Section G. (Audit) of the Workers Compensation and Employers Liability Insurance Policy is revised by adding the following:

If you do not allow us to examine and audit all of your records that relate to this policy, and/or do not provide audit information as requested, we may apply an Audit Noncompliance Charge. The method for determining the Audit Noncompliance Charge by state, where applicable, is shown in the Schedule below.

If you allow us to examine and audit all of your records after we have applied an Audit Noncompliance Charge, we will revise your premium in accordance with our manuals and Part 5-Premium, E. (Final Premium) of this policy.

Failure to cooperate with this policy provision may result in the cancellation of your insurance coverage, as specified under the policy.

**Note**:
For coverage under state-approved workers compensation assigned risk plans, failure to cooperate with this policy provision may affect your eligibility for coverage.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective: 06/01/2019          Policy No.: N9WC095712          Endorsement No.:

Insured:                                                                                          Premium

Insurance Company: National Liability & Fire Insurance Company

**WC 00 04 24**                                          Countersigned by _____

(Ed. 1-17)

© **Copyright 2016 National Council on Compensation Insurance, Inc. All Rights Reserved.**

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

**WC 00 04 24**
**(Ed. 1-17)**

**WC 00 04 24**
**(Ed. 1-17)**

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

**Schedule**

| State(s) | Basis of Audit Noncompliance Charge | Maximum Audit Noncompliance Charge Multiplier |
|----------|-------------------------------------|-----------------------------------------------|
| KS | Estimated Annual Premium Of $ 901 | Two Times |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective: 06/01/2019    Policy No.: N9WC095712    Endorsement No.:

Insured:    Premium

Insurance Company: National Liability & Fire Insurance Company

**WC 00 04 24**

Countersigned by _____

**(Ed. 1-17)**

© Copyright 2016 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 00 04 25**

(Ed. 5-17)

### EXPERIENCE RATING MODIFICATION FACTOR REVISION ENDORSEMENT

This endorsement is added to Part Five—Premium of the policy.

The premium for the policy is adjusted by an experience rating modification factor. The factor shown on the Information Page may be revised and applied to the policy in accordance with our manuals and endorsements. We will issue an endorsement to show the revised factor, if different from the factor shown, when it is calculated.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective   06/01/2019                    Policy No. N9WC095712          Endorsement No.

Insured                                                                                Premium

Insurance Company                                  Countersigned by _____

                                                   National Liability & Fire Insurance Company

**WC 00 04 25**

(Ed. 5-17)

© Copyright 2016 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 15 04 01 A**

(Ed. 1-10)

### KANSAS FINAL PREMIUM ENDORSEMENT

This endorsement changes how the final premium is determined. The change applies only to the premium charged because Kansas is shown in Item 3.A. of the Information Page

- Kansas final premium will not be less than the highest minimum premium for the classifications covered by this policy unless there are two or more classifications covered and the highest rated classification has less than $500 payroll.
- When this occurs the final premium will not be less than one-half of the sum of the two highest minimum premiums for any classifications covered by the policy other than Clerical Office and Salespersons.
- When the highest rated classification has less than $500 payroll and Standard Exception classifications are the only classifications showing payrolls, the final premium will not be less than the minimum premium for the classification showing the highest payroll.
- Final premium for a multiple state policy will be that of the state with the single highest minimum premium, even if that state is on an "if any" basis. If two or more states have the same highest minimum premium, the minimum premium is determined by the state with the largest amount of standard premium.
- Minimum premium is subject to final adjustment at audit and will be determined only on the basis of the classifications developing premium.
- If the final earned premium is less than the minimum premium determined at audit, then that minimum premium must be charged.
- If no classification develops premium, the final premium shall be a flat charge of $200.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                          Policy No.   N9WC095712           Endorsement No.
Insured                                                                                                    Premium

Insurance Company                                Countersigned by _____

**WC 15 04 01 A**
(Ed. 1-10)

© Copyright 2009 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**    **WC 15 04 04**

(Ed. 3-96)

### KANSAS PENDING LOSS COST ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Kansas is shown in Item 3.A. of the Information Page.

The premium for this policy is determined by the product of loss costs developed and filed by the National Council on Compensation Insurance, Inc. and a loss cost multiplier filed by us. The loss costs and our loss cost multiplier are subject to approval by the Kansas Insurance Department. Revised loss costs developed by the National Council on Compensation Insurance, Inc. are currently pending before the Kansas Insurance Department. The Kansas Insurance Department's decision on the change may increase or decrease the premium from that used to issue your policy. If it is different, your policy will be endorsed to reflect the new premium based on the loss costs approved by the Kansas Insurance Department.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement                             Effective Policy No. N9WC095712   Endorsement No.
Insured                                                                   Premium

Insurance Company                       Countersigned by_____

**WC 15 04 04**
(Ed. 3-96)

© 1996 National Council on Compensation Insurance, Inc.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 15 06 01 A

(Ed. 1-87)

## KANSAS CANCELATION AND NONRENEWAL ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Kansas is shown in Item 3.A. of the Information Page.

The **Cancelation** Condition of the policy is replaced by these two Conditions:

**Cancelation**

1. You may cancel this policy. You will mail or deliver advance written notice to us stating when the cancelation is to take effect.

2. We may cancel this policy. If we cancel because you fail to pay all premium when due, we will mail or deliver to you not less than 10 days advance written notice stating when the cancelation is to take effect. If we cancel for any other reason, we will mail or deliver to you not less than 30 days advance written notice stating when the cancelation is to take effect. Mailing notice to you at your last known address will be sufficient to prove notice.

3. If this policy has been in effect for 90 days or more, we may cancel only for one of the following reasons:
   a. nonpayment of premium;
   b. the policy was issued because of a material misrepresentation;
   c. you violated any of the material terms and conditions of the policy;
   d. there are unfavorable underwriting factors, specific to you, that were not present when the policy took effect;
   e. the Commissioner has determined that our continuation of coverage could place us in a hazardous financial condition or in violation of the laws of Kansas; or
   f. the Commissioner has determined that we no longer have adequate reinsurance to meet our needs.

4. Our notice of cancelation will state our reasons for canceling.

5. The policy period will end on the day and hour stated in the cancelation notice.

**Nonrenewal**

1. We may elect not to renew the policy. We will mail to you not less than 60 days advance written notice when the nonrenewal will take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

2. Our notice of nonrenewal will state our reasons for not renewing.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                                  Policy No.  N9WC095712          Endorsement No.
Insured                                                                                      Premium $

Insurance Company                                      Countersigned by_____

**WC 15 06 01 A**
(Ed. 1-87)

© 1986 National Council on Compensation Insurance.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**     **WC 42 03 01 I**

(Ed. 7-17)

### TEXAS AMENDATORY ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Texas is shown in Item 3.A. of the Information Page.

**GENERAL SECTION**

B.  **Who Is Insured** is amended to read:

You are insured if you are an employer named in Item 1 of the Information Page. If that employer is a partnership or joint venture, and if you are one of its partners or members, you are insured, but only in your capacity as an employer of the partnership's or joint venture's employees.

D.  **State** is amended to read:

State means any state or territory of the United States of America, and the District of Columbia.

**PART ONE—WORKERS COMPENSATION INSURANCE**

E.  **Other Insurance** is amended by adding this sentence:

This Section only applies if you have other insurance or are self-insured for the same loss.

F.  **Payments You Must Make**

This Section is amended by deleting the words "workers compensation" from number 4.

H.  **Statutory Provisions**

This Section is amended by deleting the words "after an injury occurs" from number 2.

**PART TWO—EMPLOYERS LIABILITY INSURANCE**

C.  **Exclusions**

Sections 2 and 3 are amended to add:

This exclusion does not apply unless the violation of law caused or contributed to the bodily injury.

Section 6 is amended to read:

6.  bodily injury occurring outside the United States of America, its territories or possessions, and Canada. This exclusion does not apply to bodily injury to a citizen or resident of the United States of America, Mexico or Canada who is temporarily outside these countries.

D.  **We Will Defend**

This Section is amended by deleting the last sentence.

**PART FOUR—YOUR DUTIES IF INJURY OCCURS**

Number 6 of this part is amended to read:

6.  Texas law allows you to make weekly payments to an injured employee in certain instances. Unless authorized by law, do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

**PART FIVE—PREMIUM**

A.  **Our Manuals** is amended by adding this sentence:

In this part, "our manuals" means manuals approved or prescribed by the Texas Department of Insurance.

C.  **Remuneration**

Number 2 is amended to read:

2.  All other persons engaged in work that would make us liable under Part One (Workers Compensation Insurance) of this policy. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured workers compensation insurance.

E.  **Final Premium**

Number 2 is amended to read:

2.  If you cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

© Copyright 2016 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WC 42 03 01 I**                  **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 7-17)

## PART SIX—CONDITIONS

A.  **Inspection** is amended by adding this sentence:

Your failure to comply with the safety recommendations made as a result of an inspection may cause the policy to be canceled by us.

C.  **Transfer of Your Rights and Duties** is amended to read:

Your rights and duties under this policy may not be transferred without our written consent. If you die, coverage will be provided for your surviving spouse or your legal representative. This applies only with respect to their acting in the capacity as an employer and only for the workplaces listed in Items 1 and 4 on the Information Page.

D.  **Cancelation** is amended to read:

1.  You may cancel this policy. You must mail or deliver advance notice to us stating when the cancelation is to take effect.

2.  We may cancel this policy. We may also decline to renew it. We must give you written notice of cancelation or nonrenewal. That notice will be sent certified mail or delivered to you in person. A copy of the written notice will be sent to the Texas Department of Insurance—Division of Workers' Compensation.

3.  Notice of cancelation or nonrenewal must be sent to you not later than the 30th day before the date on which the cancelation or nonrenewal becomes effective, except that we may send the notice not later than the 10th day before the date on which the cancelation or nonrenewal becomes effective if we cancel or do not renew because of:

    a.  Fraud in obtaining coverage;

    b.  Misrepresentation of the amount of payroll for purposes of premium calculation;

    c.  Failure to pay a premium when payment was due;

    d.  An increase in the hazard for which you seek coverage that results from an action or omission and that would produce an increase in the rate, including an increase because of failure to comply with reasonable recommendations for loss control or to comply within a reasonable period with recommendations designed to reduce a hazard that is under your control;

    e.  A determination by the Commissioner of Insurance that the continuation of the policy would place us in violation of the law, or would be hazardous to the interests of subscribers, creditors, or the general public.

4.  If another insurance company notifies the Texas Department of Insurance—Division of Workers' Compensation that it is insuring you as an employer, such notice must be a cancelation of this policy effective when the other policy starts.


Add the following to the policy:

## PART SEVEN—OUR DUTY TO YOU FOR CLAIM NOTIFICATION

A.  **Claims Notification**

We are required to notify you of any claim that is filed against your policy. Thereafter we must notify you of any proposal to settle a claim or, on receipt of a written request from you, of any administrative or judicial proceeding relating to the resolution of a claim, including a benefit review conference conducted by the Texas Department of Insurance—Division of Workers' Compensation. You may, in writing, elect to waive this notification requirement.

We must, on the written request from you, provide you with a list of claims charged against your policy, payments made and reserves established on each claim, and a statement explaining the effect of claims on your premium rates. We must furnish the requested information to you in writing no later than the 30th day after the date we receive your request. The information is considered to be provided on the date the information is received by the United States Postal Service or is personally delivered.


**COMPLAINT NOTICE:**

© Copyright 2016 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 42 03 01 I**

(Ed. 7-17)

**THE DISPUTE RESOLUTION PROCESS**

**THIS DISPUTE RESOLUTION PROCESS DOES NOT APPLY TO WORKERS COMPENSATION CLAIMS.**

Proceed as follows if you have a dispute about your policy related to:

- Rates,
- The application or interpretation of rules contained in the various National Council on Compensation Insurance, Inc. (NCCI) manuals (including, but not limited to, classification codes and experience rating),
- Rating programs,
- Endorsements, or
- Forms.

First, contact the carrier that issued the policy and attempt to resolve the dispute directly. If the dispute is not directly resolved with the carrier, then contact NCCI, to ask for assistance through the dispute resolution process described in NCCI's **Basic Manual**. You may obtain dispute resolution services only after you have made a reasonable attempt to first resolve the dispute directly with the carrier and have paid undisputed premium that may be due to the carrier.

Send your request for assistance by mail to NCCI, Dispute Resolution Services, 901 Peninsula Corporate Circle, Boca Raton, FL 33487-1362; or by fax to 561-893-5043; or by email to regulatoryassurance @ ncci.com.

NCCI will first work with you and the carrier to try to resolve the dispute. If you are unable to resolve the dispute to your satisfaction with NCCI's help, then you may ask NCCI to refer the dispute to the Texas Appeals Board (Board). NCCI is the Administrator to the Texas Appeals Board, and a staff member from TDI, appointed by the Commissioner, serves as the chair of the Board.

Within 30 calendar days of the date that the Appeals Board issues a decision, the policyholder may appeal the decision to the Texas Department of Insurance. To appeal a decision of the Appeals Board, contact the Texas Department of Insurance, Office of the Chief Clerk, Mail Code 113-2A, P.O. Box 149104, Austin, TX 78714-9104; or by fax to 512-490-1064; or by email to chiefclerk@tdi.texas.gov.

**THIS NOTICE OF THE DISPUTE RESOLUTION PROCESS IS FOR INFORMATION ONLY AND DOES NOT BECOME A PART, TERM, OR CONDITION OF THIS POLICY.**

**CLAIM COMPLAINT:**

If there is a workers compensation claim complaint involving one of your employees, then contact the Texas Department of Insurance—Division of Workers' Compensation, System Monitoring and Oversight, 7551 Metro Center Drive, Suite 100, MS-8, Austin, TX 78742; or by fax to 512-490-1030; or by e-mail to DWC-ComplaintResolution@tdi.texas.gov.

**THIS NOTICE IS FOR INFORMATION ONLY AND DOES NOT BECOME A PART, TERM, OR CONDITION OF THIS POLICY.**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                          Policy No. N9WC095712          Endorsement No.
Insured                                                                                                  Premium

Insurance Company                              Countersigned by _____

**WC 42 03 01 I**
(Ed. 7-17)

© Copyright 2016 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 42 03 08**

(Ed. 1-97)

**TEXAS PARTNERS, OFFICERS AND OTHERS EXCLUSION ENDORSEMENT**

The policy does not cover bodily injury to any person described in the Schedule.

The premium basis for the policy does not include the remuneration of such persons.

You will reimburse us for any payment we must make because of bodily injury to such persons.

Schedule

**Officers**

Brian Cleary

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                                   Policy No.  N9WC095712          Endorsement No.
Insured                                                                                              Premium

Insurance Company                                       Countersigned by _____

**WC 42 03 08**
(Ed. 1-97)

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 42 04 07**

(Ed. 3-02)

**TEXAS—AUDIT PREMIUM AND
RETROSPECTIVE PREMIUM ENDORSEMENT**

Section D of Part Five of the policy is replaced by the following provision:

**PART FIVE—PREMIUM**

D.   **Premium Payments**

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid. The billing statement or invoice for audit additional premiums and/or retrospective additional premiums establishes the date that the premium is due.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                                                    Policy No.  N9WC095712          Endorsement No.
Insured                                                                                                                      Premium $

Insurance Company                                                    Countersigned by_____

**WC 42 04 07**
(Ed.3-02)

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 99 00 00**

**(Ed. 08-13)**

## AUTHORIZATION AND ATTESTATION ENDORSEMENT

This endorsement authorizes the insurance contract between you and the Berkshire Hathaway Insurers of biBERK as listed on the INFORMATION PAGE of your insurance policy.

In Witness Whereof, this page executes and fully attests to this policy.  If required by state law, the policy shall not be valid unless countersigned by our authorized representatives.

Authorizing signatures

J. Michael Gottschalk
Secretary

Donald F. Wurster
President

This endorsement authorizes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement                         Effective Policy No. N9WC095712 Endorsement  No.
Insured                                                                         Premium

Insurance Company                   Countersigned by_____
**WC 99 00 00**

**(Ed. 08-13)**
Copyright 2014 Berkshire Hathaway Insurers of biBERK



**biBERK**
**PO Box 113247**
**Stamford, CT 06911-3247**
**Toll-Free 844-472-0967**
**FAX 203-361-3846**
**www.biBERK.com**

# IMPORTANT NOTICE

To obtain information or make a complaint:

You may write to:

**Berkshire Hathaway Insurers of biBERK**
**Attn:  Customer Service**
**PO Box 113247**
**Stamford, CT 06911-3247**

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights, or complaints at:

# 1-800-252-3439.

You may write to the Texas Department of Insurance at:

**P.O. Box 149104**
**Austin, TX 78714-9104**

or correspond via fax at **512-490-1007** or e-mail to **ConsumerProtection@tdi.texas.gov** or visit the Department's web site at **www.tdi.texas.gov.**

## PREMIUM OR CLAIM DISPUTES:

If you have a dispute about your premium or your claims, you should contact your agent and company.  If the dispute is not resolved, you may contact the Texas Department of Insurance.

## <u>ATTACH THIS NOTICE TO YOUR POLICY</u>

This notice is for information only and does not become a part or condition of the attached document.

N9WC095712



**biBERK**
**PO Box 113247**
**Stamford, CT 06911-3247**
**Toll-Free 844-472-0967**
**FAX 203-361-3846**
**www.biBERK.com**

# A NOTICE TO ALL TEXAS POLICYHOLDERS
# ABOUT OUR ACCIDENT PREVENTION SERVICES

At Berkshire Hathaway Insurers of biBERK, we believe the prevention of workplace injuries and illnesses is just as important as the prompt, fair settlement of claims.  As a result, we offer a variety of loss control services to our policyholders at no additional charge.  Since not all employers require the same level of assistance with these types of activities, we would be happy to discuss the ones that might be right for the size and scope of your particular business.

At your request:

- Our loss control representatives can visit your workplace to evaluate current conditions and safety practices, providing follow-up recommendations in writing to help mitigate employee injuries and illnesses.  This analysis, together with a review of your company's current loss history, can serve as the blueprint for later program development.
- Loss runs can be made available to assist you in reviewing your claims history and help identify recurrent patterns, enabling underlying causes to be corrected.
- Safety awareness campaigns can be introduced to promote the prevention of accidents.
- We can assist in setting up a safety committee and in training your staff to administer a formal or informal safety program, which would include elements such as:  the essential areas of hazard identification, accident/incident investigation, early reporting of claims, and stay-at-work and return-to-work protocols.  Consultation on industrial hygiene and industrial health issues can also be made available.
- We can provide guidance on returning your injured employees to work, helping you to implement modified and/or alternative duties when necessary.
- A wide variety of educational materials such as posters, audiovisual aids, and brochures can be obtained.

**FOR MORE INFORMATION ABOUT THESE SERVICES, PLEASE CONTACT US:**

**(BY PHONE) 844-472-0967 ● (FAX) 203-361-3846 ● (E-MAIL) CustomerService@biberk.com**

**OR MAIL CORRESPONDENCE TO:**
**Berkshire Hathaway Insurers of biBERK**
**ATTN:  LOSS CONTROL**
**PO Box 113247 ● Stamford, CT 06911-3247**

**Important Notice for Texas Employers About the Prompt Reporting of Workplace Fatalities**
The state of Texas requires Workers' Compensation insurers to visit our policyholders within three business days following notification of a workplace fatality.  To assist us in helping you effectively manage this severe type of loss, please notify us immediately.



**biBERK**
**PO Box 113247**
**Stamford, CT 06911-3247**
**Toll-Free 844-472-0967**
**FAX 203-361-3846**
**www.biBERK.com**

# Important Alert
# for Policy #N9WC095712

*Please read this <u>important advance notice</u> outlining the process for handling Workers' Compensation coverage for Texas subcontractors and owner-operators.  If you have any questions, we suggest you contact your agent immediately because your premium may be affected at final audit time.*

## About Subcontractors and Owner-Operators

If you utilize subcontractors or owner-operators, you must complete the Texas Insurance Department's Division of Workers' Compensation form that most appropriately classifies your employment arrangement with each individual.  Copies must be filed <u>within 10 days</u> with Berkshire Hathaway Insurers of biBERK (address above) AND the state (address included on forms).

The different subcontractor and owner-operator forms are briefly described below.  To obtain copies, go to the home page for the Texas Insurance Department's Division of Workers' Compensation and click **DWC Forms** (at left underneath *Online Resources*), then **Full Listing by Form Number**, and scan to find your needed form.

**DWC Form 81 - Agreement Between General Contractor and Subcontractor to Provide Workers' Compensation Insurance**
This agreement defines (for the purposes of Texas Workers' Compensation laws only) the general contractor as the employer of the subcontractor and the subcontractor's employees.

**DWC Form 82 - Agreement for Motor Carriers and Owner Operators**
This is an agreement that confirms whether the Motor Carrier will provide Workers' Compensation insurance for the Owner Operator or instead the Owner Operator will assume the responsibilities of an employer for the performance of work.

**DWC Form 83 – Agreement for Certain Building and Construction Workers**
This form is used to establish whether an independent or employer/employee relationship exists for certain building and construction workers.

**DWC Form 84 – Exception to Application of Join Agreement for Certain Building and Construction Workers**
This form is used to indicate a previously filed DWC Form 83, indentifying an independent relationship between the undersigned, does not apply to this subsequent hiring agreement.

**DWC Form 85 - Agreement Between General Contractor and Subcontractor to Establish Independent Relationship**
This form establishes an independent relationship between the general contractor and the subcontractor.

We appreciate your anticipated cooperation, and we look forward to serving you during the upcoming policy year.

PolAlert Ed. 1 7/10



**biBERK**
**PO Box 113247**
**Stamford, CT 06911-3247**
**Toll-Free 844-472-0967**
**FAX 203-361-3846**
**www.biBERK.com**

# Important Alert
# for Policy #N9WC095712

*Please read this <u>important advance notice</u> which outlines our policy for handling Workers' Compensation premium for subcontractors\*.  If you have any questions or do not understand any portion of the explanation, we suggest you contact us immediately because the cost of your coverage may be affected at final audit time.*

## Premium Charge for Subcontractors

If you hire subcontractors who do not have their own Workers' Compensation insurance, your premium calculation will be modified to include any amounts paid for their labor.  This additional premium is addressed in Part Five C 2 of your policy and compensates us for the risk that one or more of these subcontractors (or one of the subcontractor's employees) will file a claim for benefits under your coverage.

Although subcontractors may appear to be independent businesses, claims filed by them (or their employees) are common after an injury.  Under Workers' Compensation law, the legal definition of "employee" is much broader than the common understanding of that term.  In addition, many states make you – as the contractor – <u>automatically</u> responsible for certain expenses due to work-related injuries to your independent subcontractors or their employees.  Regardless of the state law, Berkshire Hathaway Insurers of biBERK must pay legal fees under Part One of your policy to defend these claims and must also pay Workers' Compensation benefits in many cases.

For these reasons and in accordance with Part Five C 2 of your policy, we will charge appropriate additional premium unless the subcontractors have their own in-force Workers' Compensation coverage during your entire policy period, and you are able to provide acceptable proof of this coverage to us prior to completion of your final audit.  Evidence of general liability insurance, pre-determinations or statements of independent contractor status, hold harmless agreements, etc. are not acceptable substitutes, and no exceptions will be made for sole proprietors or others on the grounds that such parties are <u>not required</u> to purchase (or <u>cannot</u> purchase) Workers' Compensation insurance. The risk of a claim against your policy from an uninsured subcontractor is the same, regardless of his or her reason for having no coverage.  Furthermore, these additional charges will be imposed when applicable, even if exceptions have been granted to you by us or by another carrier in the past.

**Please realize that premium may be charged for subcontractors hired by uninsured entities owned or controlled by you.  Premium will be charged if the Rating Bureau rules in your state require the related entity to be combined in a single policy with the company we are insuring.**

Ultimately, we believe this policy is in the best interests of all parties, and we hope that this advance notification will prevent any misunderstandings at a later date.  As always, we thank you for selecting Berkshire Hathaway Insurers of biBERK, and we look forward to serving you during the upcoming policy year.

*\*Note:  A "subcontractor" is a person or organization paid to assist you in providing a product or service to your customer or client (and not just to you).  Workers' Compensation laws in most states presume that such vendors are "employees"  who, therefore, often file claims seeking benefits.*



**biBERK**
**PO Box 113247**
**Stamford, CT 06911-3247**
**Toll-Free 844-472-0967**
**FAX  203-361-3846**
**www.biBERK.com**

## DEDUCTIBLE NOTICE OF ELECTION

Texas law permits an employer to obtain Workers' Compensation insurance with a deductible.  The insurance applies only to benefits payable under Texas workers' compensation law.  When a deductible is elected, the policyholder is required to reimburse the insurance carrier for benefits payable under the law up to the deductible amount and a credit is applied to the policy.  Premium credits are determined based on the deductible selected and the hazard group.  The hazard group is determined by the classification that produces the largest amount of estimated Texas standard premium.

You are not required to choose a deductible.  If you do choose one, your insurance company will pay the deductible amount for you, but you must reimburse the insurance company within 30 days after they send you notice that payment is due.  If you fail to reimburse the insurance company, they may cancel the policy upon ten days written notice, and any resulting premium may be applied to the deductible amount owed.

If a deductible amount is desired, please indicate below.

_____ Yes, I want a deductible of (select only one):

      1.  $_____per accident
      2.  $_____per claim
      3.  $_____medical-only
      applied to benefits payable under the Texas Workers Compensation Law.  I understand that the company will pay the deductible amount and seek reimbursement _____ monthly_____.

_____ No, I do not want a deductible applied to benefits payable under the Texas Workers Compensation Law.

_____ Yes, I do want a deductible policy, but am unable to obtain one for the following reason:

    _____


The deductible plans have been explained to me.

_____           _____
       Signature and Title                            Date

_____           _____
   Employer Name (print or type)                    Address

N9WC095712

DNE-1A



# Privacy Policy

biBERK is committed to treating and using personal financial information about you and your employees responsibly.  We will not disclose nonpublic, personal information about you and your employees to anyone except as permitted or required by law.

This disclosure is made on behalf of National Liability & Fire Insurance Company.

### Collecting Information

We collect nonpublic, personal information from you about you and your employees to properly maintain and service your policy.  This nonpublic, personal information may come from the following sources:

- Application Information and Other Forms.  On the application for insurance or other forms completed by you, you provide us with most of the information we need to process policies and claims.
- Transaction Information.  We may develop information about you and your employees based on transactions and experiences you have with us, our affiliates, or others.
- Third-Party Information.  This is information that we receive to verify or supplement your application or claims.

### Disclosing Information

In the course of conducting business and as permitted or required by law, we may share nonpublic, personal information about you and your employees with our affiliated companies.  We do not disclose any nonpublic, personal information about you and your employees to any nonaffiliated third parties, except for the conduct of our business or as permitted or required by law.  Information may be supplied to others providing business services for us.  Additionally, we may provide information for audit or research purposes or to law enforcement agencies to help us prevent fraud.

### Securing Information

We restrict access to nonpublic, personal information about you and your employees to our employees who need to know the information necessary to provide products or services to you.  We maintain physical, electronic, and procedural safeguards that comply with applicable regulations to guard the nonpublic, personal information of you and your employees.

SEPARATOR PAGE

WC000000C
WC000001A

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

In return for the payment of the premium and subject to all terms of this policy, we agree with you as follows:

### GENERAL SECTION

**A. The Policy**

This policy includes at its effective date the Information Page and all endorsements and schedules listed there. It is a contract of insurance between you (the employer named in Item 1 of the Information Page) and us (the insurer named on the Information Page). The only agreements relating to this insurance are stated in this policy. The terms of this policy may not be changed or waived except by endorsement issued by us to be part of this policy.

**B. Who is Insured**

You are insured if you are an employer named in Item 1 of the Information Page. If that employer is a partnership, and if you are one of its partners, you are insured, but only in your capacity as an employer of the partnership's employees.

**C. Workers Compensation Law**

Workers Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory named in Item 3.A. of the Information Page. It includes any amendments to that law which are in effect during the policy period. It does not include any federal workers or workmen's compensation law, any federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

**D. State**

State means any state of the United States of America, and the District of Columbia.

**E. Locations**

This policy covers all of your workplaces listed in Items 1 or 4 of the Information Page; and it covers all other workplaces in Item 3.A. states unless you have other insurance or are self-insured for such workplaces.

### PART ONE
### WORKERS COMPENSATION INSURANCE

**A. How This Insurance Applies**

This workers compensation insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. Bodily injury by accident must occur during the policy period.

2. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

**B. We Will Pay**

We will pay promptly when due the benefits required of you by the workers compensation law.

**C. We Will Defend**

We have the right and duty to defend at our expense any claim, proceeding or suit against you for benefits payable by this insurance. We have the right to investigate and settle these claims, proceedings or suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance.

**D. We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding or suit we defend:

1. reasonable expenses incurred at our request, but not loss of earnings;

2. premiums for bonds to release attachments and for appeal bonds in bond amounts up to the amount payable under this insurance;

3. litigation costs taxed against you;

4. interest on a judgment as required by law until we offer the amount due under this insurance; and

5. expenses we incur.

**E. Other Insurance**

We will not pay more than our share of benefits and costs covered by this insurance and other

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WC 00 00 00 C**　　　　　**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 1-15)

insurance or self-insurance. Subject to any limits of liability that may apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance will be equal until the loss is paid.

### F.  Payments You Must Make

You are responsible for any payments in excess of the benefits regularly provided by the workers compensation law including those required because:

1. of your serious and willful misconduct;

2. you knowingly employ an employee in violation of law;

3. you fail to comply with a health or safety law or regulation; or

4. you discharge, coerce or otherwise discriminate against any employee in violation of the workers compensation law.

If we make any payments in excess of the benefits regularly provided by the workers compensation law on your behalf, you will reimburse us promptly.

### G.  Recovery From Others

We have your rights, and the rights of persons entitled to the benefits of this insurance, to recover our payments from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

### H.  Statutory Provisions

These statements apply where they are required by law.

1. As between an injured worker and us, we have notice of the injury when you have notice.

2. Your default or the bankruptcy or insolvency of you or your estate will not relieve us of our duties under this insurance after an injury occurs.

3. We are directly and primarily liable to any person entitled to the benefits payable by this insurance. Those persons may enforce our duties; so may an agency authorized by law. Enforcement may be against us or against you and us.

4. Jurisdiction over you is jurisdiction over us for purposes of the workers compensation law. We are bound by decisions against you under that law, subject to the provisions of this policy that are not in conflict with that law.

5. This insurance conforms to the parts of the

workers compensation law that apply to:

a. benefits payable by this insurance;

b. special taxes, payments into security or other special funds, and assessments payable by us under that law.

6. Terms of this insurance that conflict with the workers compensation law are changed by this statement to conform to that law.

Nothing in these paragraphs relieves you of your duties under this policy.

### PART TWO
### EMPLOYERS LIABILITY INSURANCE

### A.  How This Insurance Applies

This employers liability insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. The bodily injury must arise out of and in the course of the injured employee's employment by you.

2. The employment must be necessary or incidental to your work in a state or territory listed in Item 3.A. of the Information Page.

3. Bodily injury by accident must occur during the policy period.

4. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

5. If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

### B.  We Will Pay

We will pay all sums that you legally must pay as damages because of bodily injury to your employees, provided the bodily injury is covered by this Employers Liability Insurance.

The damages we will pay, where recovery is permitted by law, include damages:

1. For which you are liable to a third party by reason of a claim or suit against you by that third party to recover the damages claimed against

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**   WC 00 00 00 C

(Ed. 1-15)

such third party as a result of injury to your employee;

2. For care and loss of services; and

3. For consequential bodily injury to a spouse, child, parent, brother or sister of the injured employee; provided that these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and

4. Because of bodily injury to your employee that arises out of and in the course of employment, claimed against you in a capacity other than as employer.

**C. Exclusions**

This insurance does not cover:

1. Liability assumed under a contract. This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

2. Punitive or exemplary damages because of bodily injury to an employee employed in violation of law;

3. Bodily injury to an employee while employed in violation of law with your actual knowledge or the actual knowledge of any of your executive officers;

4. Any obligation imposed by a workers compensation, occupational disease, unemployment compensation, or disability benefits law, or any similar law;

5. Bodily injury intentionally caused or aggravated by you;

6. Bodily injury occurring outside the United States of America, its territories or possessions, and Canada. This exclusion does not apply to bodily injury to a citizen or resident of the United States of America or Canada who is temporarily outside these countries;

7. Damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, or any personnel practices, policies, acts or omissions;

8. Bodily injury to any person in work subject to the Longshore and Harbor Workers' Compensation Act (33 U.S.C. Sections 901 et seq.), the Nonappropriated Fund Instrumentalities Act (5 U.S.C. Sections 8171 et seq.), the Outer Continental Shelf Lands Act (43 U.S.C. Sections 1331 et seq.), the Defense Base Act (42 U.S.C. Sections 1651–1654), the Federal Mine Safety and Health Act (30 U.S.C. Sections 801 et seq. and 901–944), any other federal workers or workmen's compensation law or other federal occupational disease law, or any amendments to these laws;

9. Bodily injury to any person in work subject to the Federal Employers' Liability Act (45 U.S.C. Sections 51 et seq.), any other federal laws obligating an employer to pay damages to an employee due to bodily injury arising out of or in the course of employment, or any amendments to those laws;

10. Bodily injury to a master or member of the crew of any vessel, and does not cover punitive damages related to your duty or obligation to provide transportation, wages, maintenance, and cure under any applicable maritime law;

11. Fines or penalties imposed for violation of federal or state law; and

12. Damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 U.S.C. Sections 1801 et seq.) and under any other federal law awarding damages for violation of those laws or regulations issued thereunder, and any amendments to those laws.

**D. We Will Defend**

We have the right and duty to defend, at our expense, any claim, proceeding or suit against you for damages payable by this insurance. We have the right to investigate and settle these claims, proceedings and suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance. We have no duty to defend or continue defending after we have paid our applicable limit of liability under this insurance.

**E. We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding, or suit we defend:

1. Reasonable expenses incurred at our request, but not loss of earnings;

2. Premiums for bonds to release attachments and for appeal bonds in bond amounts up to the limit of our liability under this insurance;

3. Litigation costs taxed against you;

4. Interest on a judgment as required by law until we offer the amount due under this insurance; and

5. Expenses we incur.

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WC 00 00 00 C**          **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 1-15)

---

F. **Other Insurance**

We will not pay more than our share of damages and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

G. **Limits of Liability**

Our liability to pay for damages is limited. Our limits of liability are shown in Item 3.B. of the Information Page. They apply as explained below.

1. Bodily Injury by Accident. The limit shown for "bodily injury by accident—each accident" is the most we will pay for all damages covered by this insurance because of bodily injury to one or more employees in any one accident.

   A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

2. Bodily Injury by Disease. The limit shown for "bodily injury by disease—policy limit" is the most we will pay for all damages covered by this insurance and arising out of bodily injury by disease, regardless of the number of employees who sustain bodily injury by disease. The limit shown for "bodily injury by disease—each employee" is the most we will pay for all damages because of bodily injury by disease to any one employee.

   Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

3. We will not pay any claims for damages after we have paid the applicable limit of our liability under this insurance.

H. **Recovery From Others**

We have your rights to recover our payment from anyone liable for an injury covered by this insurance. You will do everything necessary to protect those rights for us and to help us enforce them.

I. **Actions Against Us**

There will be no right of action against us under this insurance unless:

1. You have complied with all the terms of this policy; and

2. The amount you owe has been determined with our consent or by actual trial and final judgment.

This insurance does not give anyone the right to add us as a defendant in an action against you to determine your liability. The bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Part.

### PART THREE
### OTHER STATES INSURANCE

A. **How This Insurance Applies**

1. This other states insurance applies only if one or more states are shown in Item 3.C. of the Information Page.

2. If you begin work in any one of those states after the effective date of this policy and are not insured or are not self-insured for such work, all provisions of the policy will apply as though that state were listed in Item 3.A. of the Information Page.

3. We will reimburse you for the benefits required by the workers compensation law of that state if we are not permitted to pay the benefits directly to persons entitled to them.

4. If you have work on the effective date of this policy in any state not listed in Item 3.A. of the Information Page, coverage will not be afforded for that state unless we are notified within thirty days.

B. **Notice**

Tell us at once if you begin work in any state listed in Item 3.C. of the Information Page.

### PART FOUR
### YOUR DUTIES IF INJURY OCCURS

Tell us at once if injury occurs that may be covered by this policy. Your other duties are listed here.

1. Provide for immediate medical and other services required by the workers compensation law.

2. Give us or our agent the names and addresses of the injured persons and of witnesses, and other information we may need.

3. Promptly give us all notices, demands and legal

---

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                              **WC 00 00 00 C**

(Ed. 1-15)

papers related to the injury, claim, proceeding or suit.

4. Cooperate with us and assist us, as we may request, in the investigation, settlement or defense of any claim, proceeding or suit.

5. Do nothing after an injury occurs that would interfere with our right to recover from others.

6. Do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

## PART FIVE—PREMIUM

### A. Our Manuals

All premium for this policy will be determined by our manuals of rules, rates, rating plans and classifications. We may change our manuals and apply the changes to this policy if authorized by law or a governmental agency regulating this insurance.

### B. Classifications

Item 4 of the Information Page shows the rate and premium basis for certain business or work classifications. These classifications were assigned based on an estimate of the exposures you would have during the policy period. If your actual exposures are not properly described by those classifications, we will assign proper classifications, rates and premium basis by endorsement to this policy.

### C. Remuneration

Premium for each work classification is determined by multiplying a rate times a premium basis. Remuneration is the most common premium basis. This premium basis includes payroll and all other remuneration paid or payable during the policy period for the services of:

1. all your officers and employees engaged in work covered by this policy; and

2. all other persons engaged in work that could make us liable under Part One (Workers Compensation Insurance) of this policy. If you do not have payroll records for these persons, the contract price for their services and materials may be used as the premium basis. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured their workers compensation obligations.

### D. Premium Payments

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid.

### E. Final Premium

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is canceled, final premium will be determined in the following way unless our manuals provide otherwise:

1. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

2. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force, and increased by our short-rate cancelation table and procedure. Final premium will not be less than the minimum premium.

### F. Records

You will keep records of information needed to compute premium. You will provide us with copies of those records when we ask for them.

### G. Audit

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WC 00 00 00 C**          **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 1-15)

## PART SIX—CONDITIONS

### A. Inspection

We have the right, but are not obliged to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes or standards. Insurance rate service organizations have the same rights we have under this provision.

### B. Long Term Policy

If the policy period is longer than one year and sixteen days, all provisions of this policy will apply as though a new policy were issued on each annual anniversary that this policy is in force.

### C. Transfer of Your Rights and Duties

Your rights or duties under this policy may not be transferred without our written consent.

If you die and we receive notice within thirty days after your death, we will cover your legal representative as insured.

### D. Cancelation

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

2. We may cancel this policy. We must mail or deliver to you not less than ten days advance written notice stating when the cancelation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3. The policy period will end on the day and hour stated in the cancelation notice.

4. Any of these provisions that conflict with a law that controls the cancelation of the insurance in this policy is changed by this statement to comply with the law.

### E. Sole Representative

The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium, and give or receive notice of cancelation.

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.