## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>vs.<br><br>KRUCIAL STAFFING, LLC<br><br>and<br><br>BRIAN MICHAEL CLEARY V,<br><br>      Defendants. | Civil Action No.  20-2598<br><br>**MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT** |

  Defendants Krucial Staffing, LLC and Brian Michael Cleary V (the "Defendants") respectfully move this Court for an Order, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, extending the deadline to answer or otherwise respond to Plaintiff National Liability & Fire Insurance Company's ("Plaintiff") Complaint for Declaratory Judgment up to and including February 15, 2021.  In support of this Motion, Defendants state as follows:

  1. Plaintiff filed its Complaint in this action on November 25, 2020.  ECF No. 1.

  2. The Complaint and summons were apparently sent by Plaintiff via mail and have a service date of December 23, 2020.  However, Defendants did not receive a copy until January 11, 2021.

  3. Defendants require additional time to answer or otherwise respond to Plaintiff's Complaint and seek an extension of the responsive pleading deadline up to and including February 15, 2021.

  4. This is Defendants' first request for an extension of this deadline, and no party will be prejudiced by the Court granting this extension of time.

5.   Counsel for Defendants have attempted—but not yet been able—to reach counsel for Plaintiff concerning this request for an extension.

WHEREFORE, Defendants respectfully request that the Court grant this Motion and extend the deadline for Defendants to answer or otherwise respond to the Complaint up to and including February 15, 2021.

DATED this 13th day of January, 2021.

Respectfully submitted,

LATHROP GPM LLP

By: /s/ *Alexander T. Brown*
Alexander T. Brown   Bar No. 78891
Noah H. Nash   (*pro hac vice* pending)
2345 Grand Boulevard, Ste. 2200
Kansas City, MO 64108-2618
alexander.brown@lathropgpm.com
noah.nash@lathropgpm.com

***Attorneys for Defendants Krucial Staffing, LLC and Brian Michael Cleary V***

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically with the United States District Court for the District of Kansas on the 13th day of January, 2021, with notice of the case activity generated and sent to counsel of record.

/s/ *Alexander T. Brown*

2