IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 20-cv-02598-KHV-GEB |
| KRUCIAL STAFFING, LLC, | ) ) ) |
| and | ) ) |
| BRIAN MICHAEL CLEARY V, | ) ) ) |
| Defendants. | ) ) |
| KRUCIAL STAFFING, LLC, | ) ) |
| Counter-Plaintiff, | ) ) ) |
| v. | ) ) |
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY, | ) ) ) |
| Counter-Defendant. | ) ) |

## MEMORANDUM IN SUPPORT OF PARTIES' JOINT MOTION TO EXTEND DEADLINE TO CONDUCT MEDIATION

Plaintiff/counter-defendant National Liability & Fire Insurance Company ("NLF") and Defendant/counter-plaintiff Krucial Staffing, LLC ("Krucial) jointly request this Court grant their Joint Motion to Extend Deadline to Conduct Mediation ("Joint Motion") and enter an order extending the deadline—for court-ordered mediation in this case—to and including October 18, 2021. In further support of the foregoing, the Parties state the following:

1. On April 12, 2021, this Court entered its operative scheduling order (Dkt. 27), which required the Parties jointly designate a mediator by August 27, 2021. The operative scheduling order further required the parties accomplish mediation by September 30, 2021.

2. The Parties refer to their concurrently filed Notice of Designation of Mediator, fixing virtual mediation in this matter with mediator Bruce Waugh via videoconferencing tools on October 18, 2021 at 9 CST.

3. Because accommodating the respective schedules of the Parties, their counsel, and the agreed-upon mediator did not allow for setting this mediation by September 30, the Parties jointly request this deadline to mediate be extended 18 days, to and including October 18, 2021.

4. This Court of course has the authority to adjust this deadline, whether under its inherent discretion to control its own docket or local rule 6.1.

5. This is the first such extension to the mediation deadline sought by the Parties; the requested extension will not impact the remainder of the operative scheduling order or the current trial date.

6. This request is made on account of pressing deadlines of counsel in other, unrelated matters and is not made for any improper purpose or to harass or delay.

7. Accordingly, for good cause shown, the above-mentioned request for brief extension of time should be granted.

For the foregoing reasons, the Parties respectfully request this Court grant their Joint Motion, extend the deadline to conduct mediation in this case to and including October 18, 2021, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: */s/ W. Clark Richardson*
    Douglas S. Beck, #70743
    W. Clark Richardson, #27740
    2555 Grand Boulevard
    Kansas City, Missouri  64108-2613
    Telephone:  816-474-6550
    Facsimile:   816-421-5547
    dbeck@shb.com
    wrichardson@shb.com

    *Attorneys for Plaintiff/Counter-Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel of record.

    */s/ W. Clark Richardson*
    *Attorneys for Plaintiff/Counter-Defendant*

3