IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 20-cv-02598-KHV-GEB<br>) |
| KRUCIAL STAFFING, LLC, | )<br>) |
| and | )<br>) |
| BRIAN MICHAEL CLEARY V, | )<br>) |
| Defendants. | ) |
| KRUCIAL STAFFING, LLC, | )<br>) |
| Counter-Plaintiff, | )<br>) |
| v. | )<br>) |
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY, | )<br>)<br>) |
| Counter-Defendant. | ) |

## NOTICE OF SETTLEMENT AGREEMENT

TO: Clerk of this Court

Plaintiff/Counter-defendant National Liability & Fire Insurance Company Defendant/Counter-plaintiff Krucial Staffing LLC, and Defendant Brian Michael Cleary V (collectively, the "Parties") give notice that 1) the Parties have reached an agreement as to the material terms to globally settle this case, and 2) the Parties anticipate filing dismissal documents with this Court as soon as practicable following execution of an agreeable settlement agreement and release.

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: */s/ Douglas S. Beck*
    Douglas S. Beck, #70743
    W. Clark Richardson, #27740
    2555 Grand Boulevard
    Kansas City, Missouri  64108-2613
    Telephone:  816-474-6550
    Facsimile:   816-421-5547
    dbeck@shb.com
    wrichardson@shb.com
    ***Attorneys for Plaintiff***

By: */s/ Alexander T. Brown*
    Alexander T. Brown (Bar No. 78891)
    Noah H. Nash (*pro hac vice*)
    2345 Grand Boulevard, Ste. 2200
    Kansas City, MO 64108-2618
    Telephone: (816) 292-2000
    Telecopier: (816) 292-2001
    alexander.brown@lathropgpm.com
    noah.nash@lathropgpm.com
    ***Attorneys for Krucial Staffing,***
    ***LLC and Brian Michael Cleary V***

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel of record.

*/s/ Douglas S. Beck*
ATTORNEY FOR PLAINTIFF

2