IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 20-cv-02598-KHV-GEB |
| KRUCIAL STAFFING, LLC, | ) ) | |
| and | ) ) | |
| BRIAN MICHAEL CLEARY V, | ) ) | |
| Defendants. | ) | |
| ----------------------------------------------------- | ) | |
| KRUCIAL STAFFING, LLC, | ) ) | |
| Counter-Plaintiff, | ) ) | |
| v. | ) ) | |
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY, | ) ) ) | |
| Counter-Defendant. | ) | |
| ----------------------------------------------------- | ) | |

**ORDER GRANTING STIPULATION**
**FOR DISMISSAL WITH PREJUDICE**

This matter comes before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice.  The Court, having reviewed the Joint Stipulation of Dismissal and other filings herein, hereby ORDERS that all claims and counterclaims asserted by the parties in this action shall be dismissed with prejudice.  The parties shall each bear their own costs, expenses, disbursements, and attorneys' fees, except as stated in the settlement agreement between the parties.

SO ORDERED.

12/16/2021
Date

s/ Kathryn H. Vratil
Honorable Judge Kathryn H. Vratil
Judge of the United States District Court